```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 07276
    LUCILLE WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2309


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 04/23/2007 and was confirmed 07/09/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/19/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
 AIS SERVICES LLC           UNSECURED       19648.93            .00           .00
 TCF NATIONAL BANK          UNSECURED      NOT FILED            .00           .00
 ASSET ACCEPTANCE LLC       UNSECURED        1017.14            .00           .00
 ECONOMY INTERIORS          UNSECURED        2595.45            .00           .00
 CENTRAL FURNITURE          UNSECURED        1510.45            .00           .00
 COMPUTER CREDIT            UNSECURED      NOT FILED            .00           .00
 COMCAST                    UNSECURED      NOT FILED            .00           .00
 ATMOS ENERGY               UNSECURED      NOT FILED            .00           .00
 COMCAST                    UNSECURED      NOT FILED            .00           .00
 SBC AMERITECH              UNSECURED      NOT FILED            .00           .00
 MCI TELECOMMUNICATIONS     UNSECURED      NOT FILED            .00           .00
 HFS SVCS                   UNSECURED      NOT FILED            .00           .00
 HFS SVCS                   UNSECURED      NOT FILED            .00           .00
 IC SYSTEMS INC             UNSECURED         147.99            .00           .00
 ADDISON EMERGENCY PHYSIC   UNSECURED      NOT FILED            .00           .00
 LVNV FUNDING               UNSECURED      NOT FILED            .00           .00
 ADDISON CARDIOLOGY SERV    UNSECURED      NOT FILED            .00           .00
 ADDISON CARDIOLOGY SERV    UNSECURED      NOT FILED            .00           .00
 KINGS DAUGHTERS HOSPITAL   UNSECURED        5461.00            .00           .00
 KINGS DAUGHTERS HOSPITAL   UNSECURED      NOT FILED            .00           .00
 KINGS DAUGHTERS HOSPITAL   UNSECURED      NOT FILED            .00           .00
 KINGS DAUGHTER HOSPITAL    UNSECURED      NOT FILED            .00           .00
 NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED            .00           .00
 PEOPLES GAS LIGHT & COKE   UNSECURED        3619.45            .00           .00
 ROUNDUP FUNDING LLC        UNSECURED         262.76            .00           .00
 SMITH ROUCHON & ASSOC      UNSECURED      NOT FILED            .00           .00
 SMITH ROUCHON & ASSOC      UNSECURED      NOT FILED            .00           .00
 SMITH ROUCHON & ASSOC      UNSECURED      NOT FILED            .00           .00
 SMITH ROUCHON & ASSOC      UNSECURED      NOT FILED            .00           .00
 SMITH ROUCHON & ASSOC      UNSECURED      NOT FILED            .00           .00
 SMITH ROUCHON & ASSOC      UNSECURED      NOT FILED            .00           .00
 SMITH ROUCHON & ASSOC      UNSECURED      NOT FILED            .00           .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07276 LUCILLE WILLIAMS

```
SOUTHFINS                   UNSECURED      NOT FILED              .00              .00
WEST SIDE EMERGENCY PHYS    UNSECURED         944.00              .00              .00
AT & T                      UNSECURED      NOT FILED              .00              .00
CITY OF CHICAGO DEPT OF     UNSECURED        1680.00              .00              .00
ECMC                        UNSECURED       17696.79              .00              .00
KMART CORPORATION           UNSECURED        3756.07              .00              .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     2,500.00                            116.38
TOM VAUGHN                  TRUSTEE                                               8.62
DEBTOR REFUND               REFUND                                                 .00

       Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
    ---------------------------------------------------------------------
 TRUSTEE                   125.00

 PRIORITY                                              .00
 SECURED                                               .00
 UNSECURED                                             .00
 ADMINISTRATIVE                                     116.38
 TRUSTEE COMPENSATION                                 8.62
 DEBTOR REFUND                                         .00
                        ---------------        ---------------
 TOTALS                    125.00                   125.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/26/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE